# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chauncey Simpson,<br><br>        Plaintiff,<br><br>v.<br><br>D. Scott Carruthers, A Professional Corporation,<br><br>        Defendant. | Case No.: 4:17- CV-02066-HSG<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO CONTINUING THE AUGUST 1, 2017 CASE MANAGEMENT CONFERENCE HEARING DATE TO A LATER DATE AS CONVENIENT BY THIS COURT** |

Having considered the parties Joint request to allow the parties to continue the Court ordered August 1, 2017 Case Management Conference hearing date, and for good cause being shown:

**IT IS HEREBY ORDERED THAT:**

The August 1, 2017 Case Management Conference hearing date is reschedule to August 29, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 12, 2017        By: *Haywood S. Gilliam Jr.*

                                                            Haywood S. Gilliam, Jr.
                                                            United States District Judge