UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY SIMPSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>D. SCOTT CARRUTHERS, APLC, a Professional Law Corporation<br><br>Defendant. | **CASE – 4:17-cv-02066-HSG**<br><br>**ORDER** |

The Court, having read and considered the Request for Telephonic Appearance at Pretrial Scheduling Conference, and for good cause shown, IT IS HEREBY ORDERED GRANTING the Request. The Parties may appear telephonically at the Pretrial Scheduling Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: August 23, 2017

By: /s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam, Jr.
United States District Judge