# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chauncey Simpson,<br><br>        Plaintiff,<br>v.<br><br>D. Scott Carruthers, A Professional Corporation,<br><br>        Defendant. | Case No.: 4:17-CV-02066-HSG<br><br>**ORDER GRANTING THE PARTIES JOINT MOTION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

Having considered the parties Joint Motion to allow Plaintiff to file a First Amended Complaint and for good cause being shown:

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

Plaintiff shall be allowed to file a First Amended Complaint within 20 days of this Order.

**IT IS SO ORDERED.**

Dated: September 14, 2017

By: *Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge